DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TARN TANTIKIJ,**
Appellant,

v.

**BANK OF NEW YORK MELLON,** f/k/a The Bank of New York as
successor in interest to JPMorgan Chase Bank, N.A. as trustee for
Novastar Mortgage Funding Trust, Series 2003-2, Novastar Home Equity
Loan Asset-Backed Certificates, Series 2003-2,
Appellee.

No. 4D20-868

[April 8, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit,
Broward County; Andrea Ruth Gundersen, Judge; L.T. Case No. CACE 18-
005073 (11).

Joseph E. Altschul of Joseph E. Altschul, LLC, Pembroke Pines, for
appellant.

Kimberly S. Mello and Arda Goker of Greenberg Traurig, P.A., Orlando,
for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***